*Air Serv Corp., Respondent, v. Flight Servs. & Sys., Inc., Petitioner*, No. 91712-4. Petition for review of a decision of the Court of Appeals, No. 71103-2-I, April 6, 2015, 186 Wn. App. 1043. *Denied* September 30, 2015.

*State, Respondent, v. Sancomb, Petitioner*, No. 91717-5. Petition for review of a decision of the Court of Appeals, No. 71632-8-I, April 20, 2015, 187 Wn. App. 1006. *Denied* September 30, 2015.

*State, Respondent, v. Ivie, Petitioner*, No. 91718-3. Petition for review of a decision of the Court of Appeals, No. 44258-2-II, April 21, 2015, 187 Wn. App. 1008. *Denied* September 30, 2015.

*O'Hagan, Petitioner, v. Field et al., Respondents*, No. 91730-2. Petition for review of a decision of the Court of Appeals, No. 47078-1-II, May 19, 2015, 187 Wn. App. 1031. *Denied* September 30, 2015.

*State, Respondent, v. Dabalos, Petitioner*, No. 91731-1. Petition for review of a decision of the Court of Appeals, No. 71004-4-I, April 20, 2015, 187 Wn. App. 1004. *Denied* September 30, 2015.

*State, Respondent, v. Larkins, Petitioner*, No. 91734-5. Petition for review of a decision of the Court of Appeals, No. 45276-6-II, April 28, 2015, 187 Wn. App. 1017. *Denied* September 30, 2015.

*Mendoza de Sugiyama, Petitioner, v. State, Respondent*, No. 91735-3. Petition for review of a decision of the Court of Appeals, No. 45087-9-II, February 10, 2015, 185 Wn. App. 1051. *Denied* September 30, 2015.

*Dep't of Nat. Res., Respondent, v. Pub. Util. Dist. No. 1 of Klickitat County, Petitioner*, No. 91744-2. Petition for review of a decision of the Court of Appeals, No. 31853-2-III, April 30, 2015, 187 Wn. App. 490. *Denied* September 30, 2015.